# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE
_____

**UNITED STATES OF AMERICA**

  vs.               CASE NUMBER: 5:11-CV-27
                          (NAM/ATB)

**$5,665.00 in United States Currency,**
**One 2006 Volkswagon Passat,**
**Vin # WVWAK73C36P064028, and**
**One 2007 Acura, Vin # 2HNYD28277H537795**
_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that One 2006 Volkswagon Passat, Vin # WVWAK73C36P064028 and One 2007 Acura, Vin # 2HNYD28277H537795 are forfeited to the United States of America.  The United States Marshals service is to dispose of the property in accordance with the law.

**IT IS FURTHER ORDERED AND ADJUDGED** that $5,665.00 in United States Currency is to be returned to claimant, Robert Adams, Jr..

**IT IS FURTHER ORDERED AND ADJUDGED** that each side is to bear its own costs in this matter.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue, dated the 8th day of August, 2011.

DATED: August 8, 2011

                          *Lawrence K. Baerman*
                          Clerk of Court


                          s/ Melissa Ennis
                          Melissa Ennis, Deputy Clerk